UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:19CV2860 |
| Plaintiff, | ) |
| v. | ) JUDGE SOLOMON OLIVER, JR. |
| ALPHAPORT, INC., and<br>ANTHONY J. MIRANDA, | ) |
| Defendants. | ) |

## CONSENT JUDGMENT

On this day came on to be heard the Complaint of the United States of America, represented by Justin E. Herdman, United States Attorney, and David M. DeVito, Assistant United States Attorney; and the Defendants, Alphaport, Inc. ("Alphaport") and Anthony J. Miranda ("Miranda" and, together with Alphaport, the "Defendants").

The United States filed this action to recover damages and civil penalties from Defendants for accepting payments from the United States National Aeronautics and Space Administration ("NASA") to which the government contends they were not entitled due to Defendants' alleged failure to follow the required policies and procedures of the Historically Underutilized Business Zone ("HUBZone") program. Defendants dispute the government's contention that they violated HUBZone policies and procedures. As a consequence of the actions alleged by the government, Defendants received $490,710.00 of government funds from the United States during the period from September 2006 through April 2015.

The Defendants, having received a copy of the Complaint filed herein, and having read and understood the allegations of the Plaintiff contained therein, said Defendants consent to the entry of this decree and to each and every provision thereof without contest, and before any testimony has been taken; and the United States of America consents to the entry of this decree

and to each and every provision thereof.

WHEREAS, in order to settle all claims which the United States of America has against them as a result of the facts alleged in the Complaint, and in accordance with a settlement agreement previously entered into by all of the parties to this case, the Defendants agree that a judgment under the False Claims Act may be entered against them, jointly and severally, in the amount of $981,420.00 plus interest at the post judgment rate.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

1. That this Court has jurisdiction of the subject matter hereof and of all persons and parties hereto pursuant to 31 U.S.C. § 3732(a) and 28 U.S.C. § 1345, and that the Complaint states a cause of action against the Defendants.

2. That a judgment is rendered in favor of the Plaintiff against Defendants Alphaport and Miranda, jointly and severally, in the amount of $981,420.00 plus interest at the post judgment rate.

_____
UNITED STATES DISTRICT JUDGE

Date: 12/11/2019

APPROVED BY:

JUSTIN E. HERDMAN
UNITED STATES ATTORNEY

_____
David M. DeVito
Assistant U.S. Attorney

Date: 8/9/2019

ALPHAPORT, INC.

_____  Date: 8/8/19
Anthony J. Miranda, President
Alphaport, Inc.

_____  Date: 8/8/19
Richard H. Blake
Counsel for Alphaport, Inc.

ANTHONY J. MIRANDA

_____  Date: 8/8/19
Anthony J. Miranda

_____  Date: 8/8/19
Richard H. Blake
Counsel for Anthony J. Miranda